IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T. by and through her parents and and next friends, et al. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 1:21-cv-00717-LY |
| Mike Morath, in his official capacity as the Commissioner of the Texas Education Agency; the Texas Education Agency; and Attorney General Ken Paxton, in is official capacity as Attorney General of Texas, | § § § § § § § § | |
| *Defendants.* | § § | |

**DEFENDANT ATTORNEY GENERAL KEN PAXTON IN HIS OFFICIAL CAPACITY'S NOTICE OF APPEAL**

Defendant Attorney General Ken Paxton, in his official capacity, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion (ECF 82), and Permanent Injunction and Final Order (ECF 83) entered on November 10, 2021.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ Ryan G. Kercher
RYAN G. KERCHER
Texas Bar No. 24060998
TAYLOR GIFFORD
Texas Bar No. 24027262
CHRISTOPHER HILTON
Texas Bar No. 24087727
TODD DICKERSON
Texas Bar No. 24118368
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
Taylor.Gifford@oag.texas.gov
Christopher.Hilton@oag.texas.gov
Todd.Dickerson@oag.texas.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

                                                          /s/ Ryan G. Kercher
                                                          RYAN G. KERCHER
                                                          Assistant Attorney General