# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 18, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

Mr. Brandon W. Duke
Winston & Strawn, L.L.P.
800 Capitol Street
Suite 2400
Houston, TX 77002-2925

Mr. Brian D. East
Disability Rights Texas
Central Texas Regional Office
2222 W. Braker Lane
Austin, TX 78758

Mr. John Michael Gaddis
Winston & Strawn, L.L.P.
2121 N. Pearl Street
17th Floor
Dallas, TX 75201

Mr. Ryan Glen Kercher
Office of the Attorney General
P. O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

Ms. L. Kym Davis Rogers
Disability Rights Texas
North Texas Regional Office
1420 W. Mockingbird Lane
Suite 450
Dallas, TX 75247-0000

        No. 21-51083   E.T. v. Paxton
                       USDC No. 1:21-CV-717

Dear Ms. Clack, Mr. Duke, Mr. East, Mr. Gaddis, Mr. Kercher, and Ms. Rogers,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Case No. 21-51083

E.T., by and through her parents and next friends; J.R., by and through her parents and next friends; S.P., by and through her parents and next friends; M.P., by and through her parents and next friends; E.S., by and through her parents and next friends; H.M., by and through her parents and next friends; A.M., by and through her parents and next friends,

    Plaintiffs - Appellees

v.

Kenneth Paxton, in his official capacity as Attorney General of Texas,

    Defendant - Appellant